

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00052-CV

———————————————

IN RE LARRY CLAY LONIS, Relator

---

Original Proceeding
442nd District Court of Denton County, Texas
Trial Court No. 22-5266-442

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's "Application for Writ of Habeas Corpus" and is of the opinion that relief should be denied. Accordingly, relator's "Application for Writ of Habeas Corpus" is denied.

Per Curiam

Delivered: January 23, 2026